12-05874 / 11-12578
Creative Automation Co.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 6 | Allowed | Creative Automation Company (11-12578) | $1,438.71 | Goods Sold | 9/6/2011 | Unsecured | CASE PAPER COMPANY INC 900 W 45TH ST, CHICAGO, IL 60609 |
| 8 | Allowed | Creative Automation Company (11-12578) | $3,677.53 | Service | 9/8/2011 | Unsecured | Associated Material Handling Industries Inc - DBA Associated 133 N. Swift Road, Addison, IL 60101 |
| 8 | Allowed | Creative Automation Company (11-12578) | $3,677.53 | Service | 9/8/2011 | Unsecured | Associated Material Handling Industries Inc - DBA Associated 133 N. Swift Road, Addison, IL 60101 |
| 11 | Allowed | Creative Automation Company (11-12578) | $2,120.51 | | 9/15/2011 | Unsecured | MNJ Technologies Direct, Inc. 1025 Busch Parkway, Buffalo Grove, IL 60089 |
| 11 | Allowed | Creative Automation Company (11-12578) | $2,120.51 | | 9/15/2011 | Unsecured | MNJ Technologies Direct, Inc. 1025 Busch Parkway, Buffalo Grove, IL 60089 |
| 15 | Disallowed | Creative Automation Company (11-12578) | $19,204.07 | Goods Sold | 9/15/2011 | Unsecured | Kurz Transfer Products 3200 Woodpark Blvd , Charlotte, NC 28206 |
| 16 | Disallowed | Creative Automation Company (11-12578) | $1,920.00 | Goods Sold | 9/15/2011 | Unsecured | h+m USA 2020-I Starita Road, Charlotte, NC 28206 |
| 36 | Allowed | Creative Automation Company (11-12578) | $8,386.00 | Goods Sold | 9/15/2011 | Unsecured | Kurz Transfer Products 3200 Woodpark Blvd , Charlotte, NC 28206 |
| 41 | Disallowed | Creative Automation Company (11-12578) | $1,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 41 | Disallowed | Creative Automation Company (11-12578) | $1,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 45 | Allowed | Creative Automation Company (11-12578) | $313.98 | Goods Sold | 9/19/2011 | Unsecured | Motion Industries P.O. Box 1477, Birmingham, AL 35201 |
| 70 | Allowed | Creative Automation Company (11-12578) | $1,699.56 | Goods sold | 10/14/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 76 | Allowed | Creative Automation Company (11-12578) | $41,887.60 | Service performed | 10/14/2011 | Unsecured | IBM Corporation (Shideler, Beverly) Two Lincoln Centre, Oakbrook Terrace, IL 60181 |
| 80 | Disallowed | Creative Automation Company (11-12578) | $4,236.02 | Unemployment taxes | 10/14/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 80 | Disallowed | Creative Automation Company (11-12578) | $4,236.02 | Unemployment taxes | 10/14/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 85 | Disallowed | Creative Automation Company (11-12578) | $12,574.92 | Goods sold | 10/21/2011 | Unsecured | Dell, Inc. One Dell Way, RR1, MS52, Round Rock, TX 78682 |
| 86 | Disallowed | Creative Automation Company (11-12578) | $13,793.00 | Insurance premiums | 10/21/2011 | Unsecured | Argonaut Insurance Company c/o Molly Campbell, Assistant General Counsel, P.O. Box 469011, San Antonio, TX 78246 |
| 87 | Disallowed | Creative Automation Company (11-12578) | $1,392.66 | Goods sold | 10/21/2011 | Unsecured | Staples, Inc. 300 Arbor Lake Drive, Columbia, SC 29223 |
| 101 | Allowed | Creative Automation Company (11-12578) | $12,574.92 | Goods sold | 10/26/2011 | Unsecured | Dell, Inc. One Dell Way, RR1, MS52, Round Rock, TX 78682 |
| 102 | Disallowed | Creative Automation Company (11-12578) | $13,793.00 | Insurance premiums | 10/26/2011 | Unsecured | Argonaut Insurance Company c/o Molly Campbell, Assistant General Counsel, P.O. Box 469011, San Antonio, TX 78246 |
| 103 | Allowed | Creative Automation Company (11-12578) | $1,392.66 | Goods sold | 10/26/2011 | Unsecured | Staples, Inc. 300 Arbor Lake Drive, Columbia, SC 29223 |
| 109 | Disallowed | Creative Automation Company (11-12578) | $11,147.10 | Goods sold and delivered | 10/31/2011 | Unsecured | Landsberg Co. c/o Amcor Amcor c/o Vance & Blair LLP, 853 Camino Del Mar, Suite 202, Del Mar, CA 92014 |
| 127 | Allowed | Creative Automation Company (11-12578) | $6,600.43 | Goods sold | 11/20/2011 | Unsecured | GBR SYSTEMS CORPORATION Attn: Terry Carpenter, 6 Winter Ave, Deep River, CT 06417 |
| 140 | Allowed | Creative Automation Company (11-12578) | $3,873.23 | Services rendered | 11/28/2011 | Unsecured | American Safety & Environmental Consultants, Inc. (Genslinger, Gregory) 13042 S. Cornel, Palos Park, IL 60464 |
| 150 | Withdrawn | Creative Automation Company (11-12578) | Not less than $58,080.00 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 165 | Allowed | Creative Automation Company (11-12578) | $39,817.80 | Goods sold | 12/27/2011 | Unsecured | American Business Solutions 7560 A.E. Beaty Dr., Ste. 1, Memphis, TN 38133-3966 |
| 166 | Pending | Creative Automation Company (11-12578) | $17,103.41 | Tax liabilities | 1/4/2012 | Unsecured | New York State Department of Taxation and Finance Bankrupty Section, P.O. Box 5300, Albany, NY 12205 |
| 166 | Pending | Creative Automation Company (11-12578) | $14,853.41 | Tax liabilities | 1/4/2012 | Unsecured Priority | New York State Department of Taxation and Finance Bankrupty Section, P.O. Box 5300, Albany, NY 12205 |
| 169 | Allowed | Creative Automation Company (11-12578) | $11,147.10 | Goods sold and delivered | 10/30/2011 | Unsecured | Sonar Credit Partners II, LLC (Michael Goldberg) 200 Business Park Drive, Suite 201, Armonk, NY 10504 |
| 174 | Allowed | Creative Automation Company (11-12578) | $2,263.75 | Goods sold | 1/17/2012 | Unsecured | Runge Paper Company 2201 Arthur Avenue, Elk Grove Village, IL 60007 |
| 179 | Allowed | Creative Automation Company (11-12578) | $2,417.56 | Services rendered | 1/18/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 181 | Allowed | Creative Automation Company (11-12578) | $2,802.50 | Goods sold | 1/18/2012 | Unsecured | S.I. INDUSTRIES OF WISCONSIN, INC. P.O. BOX 742, WATERTOWN, WI 53094 |
| 200 | Allowed | Creative Automation Company (11-12578) | $3,750.00 | Services Performed | 1/19/2012 | Unsecured | Ashley Filimon - The Filimon Company 3619 KING GEORGE DR, ORLANDO, FL 32835 |
| 200 | Allowed | Creative Automation Company (11-12578) | $3,750.00 | Services Performed | 1/19/2012 | Unsecured | Ashley Filimon - The Filimon Company 3619 KING GEORGE DR, ORLANDO, FL 32835 |
| 214 | Allowed | Creative Automation Company (11-12578) | $1,256.26 | Goods Sold | 1/20/2012 | Unsecured | POTTER-MAC COMPANY INC 700 N. LAKE STREET #202, MUNDELEIN, IL 60060 |
| 214 | Allowed | Creative Automation Company (11-12578) | $1,256.26 | Goods Sold | 1/20/2012 | Unsecured Priority | Chapter Capital Management, LLC 200 Business Park Drive, Suite 306, Armonk, NY 10504 |
| 223 | Allowed | Creative Automation Company (11-12578) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 223 | Allowed | Creative Automation Company (11-12578) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 223 | Allowed | Creative Automation Company (11-12578) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 243 | Disallowed | Creative Automation Company (11-12578) | $11,309.58 | Service performed | 1/26/2012 | Unsecured | Industrial Towel and Uniform Anc. (Bluedow, Lynn) 2700 S. 160th St., New Berlin, WI 53151 |
| 243 | Disallowed | Creative Automation Company (11-12578) | $11,309.58 | Service performed | 1/26/2012 | Unsecured | Industrial Towel and Uniform Anc. (Bluedow, Lynn) 2700 S. 160th St., New Berlin, WI 53151 |
| 247 | Allowed | Creative Automation Company (11-12578) | $1,023.67 | goods | 1/26/2012 | Unsecured | RELATED PRODUCTS PO BOX 812, Bensenville, IL 60106 |
| 253 | Allowed | Creative Automation Company (11-12578) | $227.33 | goods sold | 1/31/2012 | Unsecured | DREISILKER ELECTRIC MOTORS, INC. 352 ROOSEVELT ROAD, GLEN ELLYN, IL 60137 |
| 266 | Allowed | Creative Automation Company (11-12578) | $359.85 | Goods sold | 2/4/2012 | Unsecured | Chapter Capital Management, LLC 200 Business Park Drive, Suite 306, Armonk, NY 10504 |
| 266 | Allowed | Creative Automation Company (11-12578) | $359.85 | Goods sold | 2/4/2012 | Unsecured | VILLA PARK ELECTRICAL SUPPLY CO.INC 420 W.NORTH AVENUE, Addison, IL 60101 |
| 301 | Allowed | Creative Automation Company (11-12578) | $963.70 | legal services performed | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 318 | Allowed | Creative Automation Company (11-12578) | $9,472.18 | Goods sold | 2/24/2012 | Unsecured | GRAFSOLVE PO BOX 1185, NORTHBROOK, IL 60065-1185 |
| 326 | Allowed | Creative Automation Company (11-12578) | $12,790.32 | parts, repair of equipment | 2/28/2012 | Unsecured | Allison's Hydraulic Service Inc 1352 Enterprise Dr., Romeoville, IL 60446 |

12-05874 / 11-12578  
Creative Automation Co.

**Final Claims Register**

*Numerical Order*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 329 | Allowed | Creative Automation Company (11-12578) | $8,518.75 | | 2/29/2012 | Unsecured | DRIFTIN' SERVICES PO BOX 1012, Frankfort, IL 60423 |
| 332 | Allowed | Creative Automation Company (12-05874) | $179.19 | Payment Balance on coc audit | 3/6/2012 | Unsecured | SGS North America 201-rt. 17 North, Ruther Ford, NJ 07070 |
| 332 | Allowed | Creative Automation Company (12-05874) | $179.19 | Payment Balance on coc audit | 3/6/2012 | Unsecured | SGS North America 201-rt. 17 North, Ruther Ford, NJ 07070 |
| 365 | Disallowed | Creative Automation Company (11-12578) | $55,734.12 | goods sold | 3/8/2012 | Unsecured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 365 | Disallowed | Creative Automation Company (11-12578) | $45,566.48 | goods sold | 3/8/2012 | Secured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 365 | Disallowed | Creative Automation Company (11-12578) | $10, 167.64 | goods sold | 3/8/2012 | Unsecured Priority | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 369 | Allowed | Creative Automation Company (11-12578) | $66.41 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 392 | Pending | Creative Automation Company (12-05874) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 396 | Allowed | Creative Automation Company (11-12578) | $ *see attached Exhibits | goods sold | 3/8/2012 | Unsecured | Xpedx, a division of International Paper c/o J. Michael Debbeler,Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, OH 45202 |
| 396 | Allowed | Creative Automation Company (11-12578) | * see attached exhibits | goods sold | 3/8/2012 | Unsecured Priority | Xpedx, a division of International Paper c/o J. Michael Debbeler,Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, OH 45202 |
| 408 | Allowed | Creative Automation Company (11-12578) | $27,288.60 | Services Provided | 3/9/2012 | Unsecured | CRC INFORMATION SYSTEMS,INC 6700 Hollister, Houston, TX 77040 |
| 420 | Pending | Creative Automation Company (12-05874) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 420 | Pending | Creative Automation Company (12-05874) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 437 | Withdrawn | Creative Automation Company (12-05874) | $1,802.00 | Tax consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 457 | Settled | Creative Automation Company (12-05874) | $3,592,611.36 + unliquidated | | 3/11/2012 | Unsecured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 457 | Settled | Creative Automation Company (12-05874) | $3,592,611.36 +unliquidated | | 3/11/2012 | Secured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 495 | Withdrawn | Creative Automation Company (12-05874) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 496 | Withdrawn | Creative Automation Company (12-05874) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 496 | Withdrawn | Creative Automation Company (12-05874) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 516 | Disallowed | Creative Automation Company (12-05874) | $16,608.30 | Unpaid pre-petition vacation | 5/6/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 518 | Disallowed | Creative Automation Company (12-05874) | $52,257.94 | Unpaid pre-petition commissions | 5/6/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 520 | Disallowed | Creative Automation Company (12-05874) | $150,000.00 | Pre-petition loan | 5/6/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 526 | Pending | Creative Automation Company (12-05874) | $6,603.30 | Unpaid post-petition vacation | 5/20/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 526 | Pending | Creative Automation Company (12-05874) | $6,603.30 | Unpaid post-petition vacation | 5/20/2013 | Unsecured Priority | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 526 | Pending | Creative Automation Company (12-05874) | $6,603.30 | Unpaid post-petition vacation | 5/20/2013 | Unsecured Priority | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| AC122-1 | Allowed | Creative Automation Company (11-12578) | $273.54 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC166-1 | Allowed | Creative Automation Company (11-12578) | $2,000.00 | Tax liabilities | 1/4/2012 | Unsecured | New York State Department of Taxation and Finance Bankrupty Section, P.O. Box 5300, Albany, NY 12205 |
| AC166-1 | Allowed | Creative Automation Company (11-12578) | $13,070.53 | Tax liabilities | 1/4/2012 | Unsecured Priority | New York State Department of Taxation and Finance Bankrupty Section, P.O. Box 5300, Albany, NY 12205 |